THOMAS S. GELINI #154314
MARK P. EDSON #213081
BENNETT, SAMUELSEN, REYNOLDS, ALLARD, COWPERTHWAITE & GELINI
A Professional Corporation
Attorneys at Law
1301 Marina Village Parkway, Suite 300
Alameda, California 94501-1084
Telephone: (510) 444-7688/Facsimile: (510) 444-5849
Email: tgelini@bsralaw.com

Attorneys for Third-Party Defendants
Naresh Singh, Mrinal Singh

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Adrianna Wormuth, Scott Wormuth and H.W., a minor, by and through his guardians ad litem Adrianna Wormuth and Scott Wormuth<br><br>Plaintiffs,<br><br>vs.<br><br>Lammersville Union School District, James Yeager, Dawn Ibbs, Teresa Haun, Kirk Nicholas, Khushwinder Gill, et al.,<br><br>Defendants.<br>_____________________ /<br>Lammersville Union School District, James Yeager, Dawn Ibbs, Teresa Haun, Kirk Nicholas, and Khushwinder Gill,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>Naresh Singh, Mrinal Singh, et al.,<br><br>Third-Party Defendants.<br>_____________________/ | CASE NO. 2:15-CV-01572-KJM-EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO EXTEND TIME TO PROVIDE RULE 26 DISCLOSURES<br><br>Judge: Hon. Kimberly J. Mueller |

WHEREAS, third party complainants LAMMERSVILLE UNION SCHOOL DISTRICT, YEAGER, IBBS, NICHOLAS, and GILL's ("Third-Party Plaintiffs") filed a complaint on

- 1 -

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO EXTEND TIME TO PROVIDE RULE 26 DISCLOSURES

BENNETT, SAMUELSEN, REYNOLDS ALLARD COWPERTHWAITE & GELINI
A PROFESSIONAL CORP.
1301 MARINA VILLAGE PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

1  January 26, 2016 against third party defendants, Naresh Singh and Mrinal Singh.

2  WHEREAS, third party defendants, Naresh Singh and Mrinal Singh's deadline to file
3  their response to the third party complaint is March 3, 2016.

4  WHEREAS, counsel for defendants, Naresh Singh and Mrinal Singh was retained on
5  March 22, 2016.

6  WHEREAS, counsel for Third-Party Plaintiffs has agreed to provide a 28 day
7  extension to Naresh Singh and Mrinal Singh to April 1, 2016 to respond to the third party
8  complaint.

9  WHEREAS, counsel for Third-Party Plaintiffs has agreed to provide an extension to
10 Naresh Singh and Mrinal Singh to April 15, 2016 to provide Rule 26 disclosures.

11 IT IS HEREBY STIPULATED, by Third Party Plaintiffs and third party defendants
12 Naresh Singh and Mrinal Singh that:

13 1)  the deadline for Naresh Singh and Mrinal Singh to file their response to Third
14 Party Plaintiffs' complaint is hereby extended to April 1, 2016.

15 2)  the deadline for Naresh Singh and Mrinal Singh to provide their Rule 26
16 disclosures is hereby extended to April 15, 2016.

17
18
19
20  Dated: March 24, 2016                BENNETT, SAMUELSEN, REYNOLDS,
21                                       ALLARD, COWPERTHWAITE & GELINI
22
                                         _____/s/   Mark Edson_____
23                                       Mark P. Edson
                                         Attorneys for Third Party Defendants
24                                       Naresh Singh, Mrinal Singh
25
26
27


BENNETT, SAMUELSEN,
REYNOLDS ALLARD
COWPERTHWAITE &
GELINI
A PROFESSIONAL CORP
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO EXTEND TIME
TO PROVIDE RULE 26 DISCLOSURES

| | |
|---|---|
| Dated: March 24, 2016 | McCormick, Barstow, Sheppard, Wayte & Carruth LLP |

                                        /s/    Stephanie Y. Wu
                              Stephanie Y. Wu
                              Attorneys for Third Party Plaintiffs
                              Lammersville Union School District, Yeager, Ibbs, Nicholas, and Gill's

## **ORDER**

Pursuant to the stipulation of the parties, the deadline for Naresh Singh and Mrinal Singh to file their response to Third Party Plaintiffs' complaint is hereby extended to <u>April 1, 2016</u>, nunc pro tunc, and, the deadline for Naresh Singh and Mrinal Singh to provide their Rule 26 disclosures is hereby extended to <u>April 15, 2016</u>.

IT IS SO ORDERED

Dated: <u>April 12, 2016</u>

                                        UNITED STATES DISTRICT JUDGE

