1   PETER W. ALFERT, SBN 83139
    IAN A. HANSEN, SBN 255449
2   HINTON ALFERT
    A Professional Corporation
3   200 Pringle Ave., Suite 450
    Walnut Creek, California  94596
4   Telephone: (925) 279-3009
    Facsimile:  (925) 279-3342
5
    TODD BOLEY, SBN 68119
6   ZOYA YARNYKH, SBN 258062
    2381 Mariner Square, Suite 280
7   Alameda, CA  94501
    Telephone: (510) 836-4500
8   Facsimile: (510) 649-5170

9   RHONDA D. KRAEBER, SBN 154665
    KRAEBER LAW OFFICE
10  1191 Central Blvd., STE C
    Brentwood, CA 94513
11  Telephone: (925) 513-1264
12  Facsimile: (925) 392-0433

13  Attorneys for Plaintiffs

14                     UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17  ADRIANNA WORMUTH, SCOTT            Case No. 2:15-CV-01572-KJM-EFB
    WORMUTH and H.W., a minor, by and
18  through his guardians ad litem ADRIANNA
    WORMUTH and SCOTT WORMUTH,         **STIPULATION AND ORDER TO**
19                                     **EXTEND CERTAIN DISCOVERY**
                Plaintiffs,            **DEADLINES**
20
            v.
21
    LAMMERSVILLE UNION SCHOOL
22  DISTRICT, JAMES YEAGER, DAWN IBBS,
    TERESA HAUN, KIRK NICHOLAS, and
23  KHUSHWINDER GILL, and DOES 1-30,

24              Defendants.

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

                                      1
    STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

1    WHEREAS the parties are unable to complete multiple depositions of parties and witnesses

2  prior to the fact discovery cut-off;

3    WHEREAS the parties are meeting and conferring concerning LUSD's objections to

4  production of a wide range of documents which will likely lead to additional witnesses that will need

5  to be deposed;

6    WHEREAS Plaintiffs will likely have to file a motion to compel the aforementioned

7  documents that are being withheld by LUSD. If the motion is granted, defendant will then require

8  additional time to produce said documents;

9    THE PARTIES HEREBY STIPULATE to the extension of certain discovery deadlines as

10  follows:

11    1.    The fact discovery cut-off is extended to June 23, 2017;

12    2.    The designation of opening experts with reports deadline is extended to July 21, 2017;

13    3.    The designation of rebuttal experts with reports deadline is extended to August 11, 2017;

14    4.    The expert discovery cut off is extended to September 1, 2017.

15
**IT IS SO STIPULATED.**

16

17

18  Dated:  December 22, 2016                McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP

19

20    By:_____/s/ Stephanie Wu_____
                                              Stephanie Y. Wu
                                              *Attorney for Defendants,*
21                                            LAMMERSVILLE UNION SCHOOL DISTRICT,
                                              JAMES YEAGER, DAWN IBBS, KIRK
22                                            NICHOLAS, and KHUSHWINDER GILL

23

24  Dated:  December 22, 2016                LAW OFFICES OF PETER ALFERT

25

26    By:_____/s/ Ian Hansen_____
                                              Ian Hansen
                                              *Attorney for Plaintiffs,*
27                                            ADRIANNA WORMUTH, SCOTT WORMUTH
                                              and H.W., a minor

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1

2   Dated:  December 22, 2016                JACOBSON, HANSEN & McQUILLAN

3

4                                    By:_____/s/ Leith Hansen_____
                                              Leith B. Hansen
5                                           *Attorney for Defendant,*
                                              TERESA HAUN
6

7

8   Dated: December 22, 2016                 BENNETT, SAMUELSEN, REYNOLDS,
                                             ALLARD, COWPERTHWAITE & GELINI
9                              _____

10                                   By:_____/s/ Mark Edson_____
                                              Mark P. Edson
11                                          *Attorneys for Defendants,*
                                             NARESH SINGH, MRINAL SINGH
12

13

14  Dated: December 22, 2016                 KRAEBER LAW OFFICE
                               _____
15

16                                   By:_____/s/ Rhonda Kraeber_____
                                              Rhonda D. Kraeber
17                                          *Attorney for Plaintiffs,*
                                     ADRIANNA WORMUTH, SCOTT WORMUTH
18                                            and H.W., a minor

19

20
    //
21
    //
22
    //
23
    //
24
    //
25
    //
26
    //
27
    //
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

3

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, the following changes are ordered to the Pretrial Order (Document No. 47):

1.    The fact discovery cut-off is extended to June 23, 2017;

2.    The designation of opening experts with reports deadline is extended to July 21, 2017;

3.    The designation of rebuttal experts with reports deadline is extended to August 11, 2017;

4.    The expert discovery cut off is extended to September 1, 2017; and

5.    All other provisions of the Pretrial Order remain in effect.

**IT IS SO ORDERED.**

DATED:  January 3, 2017

_____
UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

4

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT