| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | UNITED STATES DISTRICT COURT |
| 8 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor, by an through his guardians ad litem ADRIANNA WORMUTH AND SCOTT WORMUTH,<br><br>Plaintiffs,<br><br>v.<br><br>LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER GILL, and DOES 1-30,<br><br>Defendants. | No. 2:15-cv-1572-KJM-EFB<br><br>ORDER AFTER HEARING |

This case was before the court on April 5, 2017, for hearing on plaintiffs' motion to compel further responses to Requests for Production of Documents and Special Interrogatories. ECF No. 36.[1] Attorney Rhonda Kraeber appeared on behalf of plaintiffs, attorney Stephanie Wu appeared on behalf of defendants Lammersville Union School District, James Yeager, Dawn Ibbs, Kirk Nicholas, and Khushwinder Gill; and attorney Christopher Allard appeared on behalf of third-party defendants Naresh Singh and Mrinal Singh.

---

[1] Plaintiffs did not file and notice for hearing a discovery motion as required by Local Rule 251. Instead, plaintiffs simply filed a Joint Statement re Discovery Dispute. The court construed the joint statement as a motion to compel pursuant to Local Rule 251 and directed plaintiffs to notice the motion for hearing in compliance with the court's local rules. ECF No. 37.

1

For the reasons stated on the record, plaintiffs' motion to compel is granted in part and denied in part as follows:

1. The motion is granted as to plaintiffs' Request for Production of Documents Numbers 16-21, 23, and defendants shall produce documents responsive to these requests by April 14, 2017.

2. The motion is granted as to Special Interrogatories Numbers 1, 5, 6, and 9-14, and defendants shall serve further response to these interrogatories by April 14, 2017, as stated on the record.

3. As for the remaining discovery requests, the parties are directed to further meet and confer in an attempt to resolve the dispute. Should further meet and confer efforts not resolve all disputes, the parties shall file a supplemental joint statement by April 12, 2017 addressing any remaining issues. If any remaining discovery dispute implicates the privacy concerns of third-parties, the joint statement shall also provide the contact information for the third parties as well as a proposed briefing scheduling to allow all interested parties to be heard on matter.

So Ordered.

DATED: April 11, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE