1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ADRIANNA WORMUTH, SCOTT              No.  2:15-cv-1572-KJM-EFB
     WORMUTH and H.W., a minor, by and
12   through his guardians ad litem
     ADRIANNA WORMUTH AND SCOTT
13   WORMUTH,                             ORDER AFTER HEARING

14                  Plaintiffs,

15        v.

16   LAMMERSVILLE UNION SCHOOL
     DISTRICT, JAMES YEAGER, DAWN
17   IBBS, TERESA HAUN, KIRK
     NICHOLAS, and KHUSHWINDER GILL,
18   and DOES 1-30,

19                  Defendants.

20

21        This case was before the court on May 3, 2017, for hearing on plaintiffs' motion for

22   sanctions (ECF No. 51) and defendants' request for reconsideration of the court's April 11, 2017

23   order (ECF No. 47), as well as further hearing on plaintiffs' motion to compel responses to

24   Requests for Production of Documents and Special Interrogatories (ECF Nos. 36, 47).  Attorneys

25   Rhonda Kraeber and Ian Hansen appeared on behalf of the plaintiff; attorney Stephanie Wu

26   appeared on behalf of defendants Lammersville Union School District, James Yeager, Dawn Ibbs,

27   Kirk Nicholas, and Khushwinder Gill.

28   /////

                                               1

For the reasons stated on the record, plaintiffs' motion for sanctions and defendants' request for reconsideration are denied, and plaintiffs' motion to compel is granted as follows:

1. Plaintiffs' motion to compel is granted as to plaintiffs' Request for Production of Document Number 13. Defendants' counsel shall immediately notify the parents that have objected to the disclosure of their identifies and contact information that they must, by no later than May 17, 2017, file a motion for a protective order in compliance with Local Rule 251 that provides a legal basis supporting their objections to the disclosure of such information. *See* 34 C.F.R. § 99.31(a)(9). Defendants shall not produce the names or contact information of any parent that files a motion for a protective order until such motion is resolved by the court. Should an objecting parent fail to file such a motion, defendants shall produce his or her name and contact information by May 18, 2017. As for parents that have not objected, defendants shall produce their names and contact information by close of business on May 5, 2017.

2. Plaintiffs' motion to compel is granted as to Request for Production of Documents Numbers 1 and 35. Defendants shall produce all documents responsive to this request by May 5, 2017. The production shall include all post-Altamont/Questa school documents and unredacted versions of documents previously produced with redactions. However, defendants are not required to produce unredacted documents from students whose parents have objected to the disclosure of records until resolution of any related motion for a protective order.

3. The court's prior order granting plaintiff's motion to compel further responses to Request for Production of Documents Number 21 is confirmed. *See* ECF No. 42. Defendants shall produce all documents responsive to this request by no later than May 17, 2017.

DATED: May 4, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE