KELLIE M. MURPHY, ESQ. (SBN 245190)
kellie@jsl-law.com
CRAIG A. TOMLINS, ESQ. (SBN 272678)
craig@jsl-law.com
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANT:
TERESA HAUN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNA WORMUTH, SCOTT WORMUTH and H.W, a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH, <br><br> Plaintiffs, <br><br> v. <br><br> LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, AND KHUSHWINDER GILL, and DOES 1-30, <br><br> Defendants. <br><br> AND RELATED ACTION. | CASE NO. 2:15-cv-1572-KJM-EFB <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF PUNITIVE DAMAGE ALLEGATIONS AGAINST DEFENDANT TERESA HAUN** <br><br> Complaint Filed: July 22, 2015 <br><br> Trial Date: January 22, 2018 |

Plaintiffs ADRIANNA WORMUTH, SCOTT WORMUTH, and H.W., a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH ("Plaintiffs") and Defendant TERESA HAUN ("Haun"), by and through their attorneys of record, hereby agree and stipulate as follows:

1. Haun agrees not to seek a continuance of the trial date or any related deadlines in this matter, or of any depositions previously set in this matter (except as set forth below), based

1

on the recent substitution of new counsel on her behalf. Haun reserves the right to do so at any time on other grounds if warranted.

    2.    Plaintiffs agree to reschedule Haun's deposition, currently set for May 25, 2017, for a date and time agreeable to Haun and her counsel, and to coordinate dates of any further depositions set by Plaintiffs with Haun's counsel.

    3.    Plaintiffs further agree to dismiss, with prejudice, all allegations against Haun regarding punitive damages, including the request for punitive damages on page 14, line 25 of the Amended Complaint for Damages filed on December 22, 2015, and to refrain from seeking punitive damages against Haun at any time in this action.

IT IS SO STIPULATED.

Dated: May 19, 2017

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

By: /s/ Kellie M. Murphy_____
    KELLIE M. MURPHY
    CRAIG A. TOMLINS
Attorneys for Defendant TERESA HAUN

Dated: May 19, 2017

KRAEBER LAW OFFICE

By:/s/ Rhonda D. Kraeber (as auth. on 5/19/17)
    RHONDA D. KRAEBER
Attorneys for Plaintiffs ADRIANNA WORMUTH, SCOTT WORMUTH and H.W, a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH

Dated: May 19, 2017

By: /s/ Todd Boley (as authorized on 5/19/17)\_\_\_
TODD BOLEY
ZOYA YARKYKH
Attorneys for Plaintiffs ADRIANNA WORMUTH, SCOTT WORMUTH and H.W, a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

2
**STIPULATION AND ORDER FOR DISMISSAL OF
PUNITIVE DAMAGE ALLEGATIONS AGAINST DEFENDANT TERESA HAUN**

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

Dated: May 19, 2017

LAW OFFICES OF PETER ALFERT

By: /s/ Ian Hansen (as authorized on 5/19/17)
    PETER W. ALFERT
    IAN HANSEN
Attorneys for Plaintiffs ADRIANNA WORMUTH, SCOTT WORMUTH and H.W, a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court orders that all allegations against Haun regarding punitive damages, including the request for punitive damages on page 14, line 25 of the Amended Complaint for Damages filed on December 22, 2015, are dismissed with prejudice, and Plaintiffs shall not be permitted to seek punitive damages against Haun at any time in this action.

IT IS SO ORDERED.

DATED: June 12, 2017

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR DISMISSAL OF
PUNITIVE DAMAGE ALLEGATIONS AGAINST DEFENDANT TERESA HAUN**