Stephanie Y. Wu, SBN 268948
Cornelius J. Callahan, SBN 202585
**McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP**
1125 I Street, Suite 1
Modesto, California 95354
T: (209) 524-1100 | F: (209) 524-1188
stephanie.wu@mccormickbarstow.com
neil.callahan@mccormickbarstow.com

*Attorneys for Defendants,*
LAMMERSVILLE JOINT UNIFIED SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, KIRK NICHOLAS, and KHUSHWINDER GILL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH,<br><br>Plaintiffs,<br><br>v.<br><br>LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER GILL, and DOES 1-30,<br><br>Defendants.<br><hr>LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, KIRK NICHOLAS, and KHUSHWINDER GILL,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>NARESH SINGH, MRINAL SINGH, and ROES 1-5,<br><br>Third-Party Defendants. | Case No. 2:15-CV-01572-KJM-EFB<br><br>**ORDER ON MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITION OF PLAINTIFF H.W.**<br><br>Date: June 14, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 8 |

This matter came on for hearing on June 14, 2017. After oral argument and review of the papers submitted by all parties the Court denies plaintiffs' motion to preclude the deposition of H.W.

ORDER ON MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITION OF PLAINTIFF H.W.

The Court orders that the deposition of plaintiff H.W. go forward on June 21, 2017 at the Kraeber Law Office, located at 1191 Central Blvd., Ste. C, Brentwood, California, commencing at 9:00 a.m. The Court further orders that the deposition of plaintiff's mother would go forward on the same date at the same location following plaintiff, H.W.'s deposition. No further notice for either deposition is required.

The Court further orders that with respect to H.W.'s deposition:

1) The deposition will be recorded by videotape;

2) A description of the subject matter to be discussed at H.W.'s deposition will be provided to H.W.'s counsel in advance of said deposition;

3) H.W.'s psychologist may attend so long as she is not disruptive and does not interject;

4) Defendants, James Yeager and Teresa Haun will not attend the deposition of H.W.;

5) The parties will attempt to resolve any disputes that arise during the deposition, but if they are unable to do so, they will contact the Magistrate Judge by telephone for assistance in resolution of the dispute; and

6) The deposition will be limited in length to 2 hours, which includes actual testimony only, and does not include time taken by objections or other attorney dialogue, breaks, etc.

IT IS SO ORDERED.

Dated: June 19, 2017

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Approved as to form and content.

Dated: June ___, 2017

LAW OFFICES OF PETER ALFERT

By: /s/ Ian Hansen
Ian Hansen
Attorneys for Plaintiffs,
ADRIANNA WORMUTH, SCOTT WORMUTH
and H.W., a minor

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

2

ORDER ON MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITION OF PLAINTIFF H.W.

| | |
|---|---|
| Dated: June ___, 2017 | KRAEBER LAW OFFICE |
| | By: /s/ Rhonda D. Kraeber |
| | Rhonda D. Kraeber |
| | Attorneys for Plaintiffs, |
| | ADRIANNA WORMUTH, SCOTT WORMUTH |
| | and H.W., a minor |
| Dated: June ___, 2017 | JOHNSON SCHACHTER & LEWIS |
| | By: /s/ Kellie M. Murphy |
| | Kellie M. Murphy |
| | Craig A. Tomlins |
| | Attorneys for Defendant, |
| | TERESA HAUN |
| Dated: June ___, 2017 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: /s/ Corneilus J. Callahan |
| | Corneilus J. Callahan |
| | Stephanie J. Wu |
| | Attorneys for Defendants, |
| | LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, KIRK NICHOLAS, and KHUSHWINDER GILL |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

3

ORDER ON MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITION OF PLAINTIFF H.W.