UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor, by and through his guardians ad litem ADRIANNA WORMUTH AND SCOTT WORMUTH,<br><br>Plaintiffs,<br><br>v.<br><br>LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER GILL, and DOES 1-30,<br><br>Defendants. | No. 2:15-cv-1572-KJM-EFB<br><br>ORDER AFTER HEARING |

This case was before the court on June 28, 2017, for hearing on plaintiffs' motion for sanctions. ECF No. 80-1. Attorney Ian Hansen appeared on behalf of the plaintiffs and attorney Cornelius Callahan appeared on behalf of defendants Lammersville Union School District (the District"), James Yeager, Dawn Ibbs, Kirk Nicholas, and Khushwinder Gill.

For the reasons stated on the record, plaintiffs' motion for sanctions is granted in part.

/////

/////

/////

1

The District is ordered to produce all documents responsive to plaintiffs' Request for Production of Documents Number 21 immediately. Further, the District shall reimburse plaintiffs the reasonable expenses they incurred in litigating their motion for sanctions in the amount of $4,029.

So Ordered.

DATED: June 29, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE