PETER W. ALFERT, SBN 83139
IAN A. HANSEN, SBN 255449
LAW OFFICES OF PETER ALFERT
A Professional Corporation
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342

TODD BOLEY, SBN 68119
ZOYA YARNYKH, SBN 258062
2381 Mariner Square, Suite 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170

RHONDA D. KRAEBER, SBN 154665
KRAEBER LAW OFFICE
1191 Central Blvd., STE C
Brentwood, CA 94513
Telephone: (925) 513-1264
Facsimile: (925) 392-0433

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH,<br><br>Plaintiffs,<br><br>v.<br><br>LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER GILL, and DOES 1-30,<br><br>Defendants. | Case No. 2:15-CV-01572-KJM-EFB<br><br>**STIPULATION AND ORDER DISMISSING CERTAIN PARTIES** |

1
STIPULATION AND ORDER DISMISSING CERTAIN PARTIES

Plaintiffs SCOTT WORMUTH and ADRIANNA WORMUTH, individually and as Guardians ad litem for H.W., and Defendants LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER GILL, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate:

1. That the claims against Defendant DAWN IBBS, only, should be dismissed with prejudice, with each party to bear its own costs, attorneys' fees and other expenses of litigation.

2. That the individual claims of SCOTT WORMUTH, only, against all parties, should be dismissed with prejudice, with each party to bear its own costs, attorneys' fees and other expenses of litigation.

3. That the individual claims of ADRIANNA WORMUTH, only, against all parties, should be dismissed with prejudice, with each party to bear its own costs, attorneys' fees and other expenses of litigation.

**IT IS SO STIPULATED.**

Dated: July 14, 2017                    LAW OFFICES OF PETER ALFERT

By: */s/ Ian A. Hansen*
Ian A. Hansen
*Attorney for Plaintiffs,*
ADRIANNA WORMUTH, SCOTT WORMUTH
and H.W., a minor

Dated: July 14, 2017                    McCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP

By: */s/ Stephanie Wu*
Stephanie Wu
*Attorney for Defendants,*
LAMMERSVILLE UNION SCHOOL DISTRICT,
JAMES YEAGER, DAWN IBBS, KIRK
NICHOLAS, and KHUSHWINDER GILL

Dated: July 14, 2017                                    JOHNSON SCHACHTER & LEWIS

                                                    By:    */s/ Craig A. Tomlins*
                                                              Craig A. Tomlins
                                                           *Attorney for Defendant,*
                                                              TERESA HAUN


Dated: July 14, 2017                                 ALLARD, COWPERTHWAITE & GELINI
_____

                                                    By:    */s/ Mark P. Edson*
                                                              Mark P. Edson
                                                           *Attorneys for Defendants,*
                                                       NARESH SINGH, MRINAL SINGH


Dated: July 14, 2017                                       KRAEBER LAW OFFICE
_____

                                                    By:    */s/ Rhonda D. Kraeber*
                                                              Rhonda D. Kraeber
                                                           *Attorney for Plaintiffs,*
                                                ADRIANNA WORMUTH, SCOTT WORMUTH
                                                             and H.W., a minor

*//*

*//*

*//*

*//*

*//*

*//*

*//*

*//*

---
3
STIPULATION AND ORDER DISMISSING CERTAIN PARTIES

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, the following is ordered:

1. That the claims against Defendant DAWN IBBS, only, should be dismissed with prejudice, with each party to bear its own costs, attorneys' fees and other expenses of litigation.

2. That the individual claims of Plaintiff SCOTT WORMUTH, only, against all parties, should be dismissed with prejudice, with each party to bear its own costs, attorneys' fees and other expenses of litigation.

3. That the individual claims of Plaintiff ADRIANNA WORMUTH, only, against all parties, should be dismissed with prejudice, with each party to bear its own costs, attorneys' fees and other expenses of litigation.

**IT IS SO ORDERED.**

Dated: August 2, 2017.

_____
UNITED STATES DISTRICT JUDGE