THOMAS S. GELINI #154314
MARK P. EDSON #213081
BENNETT, SAMUELSEN, REYNOLDS,
ALLARD, COWPERTHWAITE & GELINI
A Professional Corporation
Attorneys at Law
1301 Marina Village Parkway, Suite 300
Alameda, California 94501-1084
Telephone: (510) 444-7688/Facsimile: (510) 444-5849
Email: tgelini@bsralaw.com

Attorneys for Third-Party Defendants
NARESH SINGH, MRINAL SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrianna Wormuth, Scott Wormuth and H.W., a minor, by and through his guardians, ad litem Adrianna Wormuth and Scott Wormuth,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>Lammersville Union School District, James Yeager, Dawn Ibbs, Teresa Haun, Kirk Nicholas, Khushwinder Gill, et al.,<br><br>　　　　　　Defendants.<br>_____/<br>Lammersville Union School District, James Yeager, Dawn Ibbs, Kirk Nocholas and Khushwinder Gill,<br><br>　　　　　　Third-Party Plaintiffs,<br>　　vs.<br><br>Naresh Singh, Mrinal Singh, et al.,<br><br>　　　　　　Third-Party Defendants.<br>_____/ | CASE NO. 2:15-CV-01572-KJM-EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME TO DISCLOSE EXPERTS |

　　　　Plaintiffs Scott Wormuth, Adrianna Wormuth, individually and as Guardians ad litem for H.W., and Defendants Lammersville Union School District, James Yeager, Dawn Ibbs, Teresa Haun, Kirk Nicholas, Khushwinder Gill, and third party defendants Naresh Singh, Mrinal Singh and A.S., hereby stipulate:

STIPULATION AND ORDER TO EXTEND TIME TO DISCLOSE EXPERTS

1. That Third Party Defendants Naresh Singh, Mrinal Singh and A.S. have reached a settlement directly with plaintiffs.
2. The settlement is subject to approval of a good faith settlement motion and minor's compromise.
3. On June 28, 2017, Third Party Defendants filed their Motion for Determination of Good Faith Settlement and scheduled it for hearing on August 25, 2017.
4. Expert disclosure is scheduled for July 21, 2017.
5. Third Party Defendants Naresh Singh, Mrinal Singh and A.S. wish to avoid the expense associated with expert disclosure.
6. The parties agree that Third Party Defendants Naresh Singh, Mrinal Singh and A.S. may delay expert disclosure until 14 days after the court issues an order granting or denying the motion for good faith settlement.

**IT IS SO STIPULATED.**

Dated: 7/19/17						BENNETT, SAMUELSEN, REYNOLDS,
							ALLARD, COWPERTHWAITE & GELINI


							By: _____/s/Mark P. Edson_____
								Mark P. Edson
								*Attorney for Defendants,*
							NARESH SINGH, MRINAL SINGH

Dated: 7/19/17						LAW OFFICES OF PETER ALFERT


							By: _____/s/Ian A. Hansen_____
								Ian A. Hansen
								*Attorney for Plaintiffs*
								ADRIANNA WORMUTH,
								SCOTT WORMUTH

STIPULATION AND ORDER TO EXTEND TIME TO DISCLOSE EXPERTS

Dated: 7/19/17　　　　　　　　　　　　KRAEBER LAW OFFICE

By:　　/s/Rhonda D. Kraeber　　
Rhonda D. Kraeber
*Attorney for Plaintiffs,*
ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor

Dated: 7/19/17　　　　　　　　　　　　MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:　　/s/Cornelius J. Callahan　　
Cornelius J. Callahan
*Attorney for Defendants,*
LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, KIRK NICHOLAS, and KHUSHWINDER GILL

Dated: 7/19/17　　　　　　　　　　　　JOHNSON SCHACHTER & LEWIS

By:　　/s/Craig A. Tomlins　　
Craig A. Tomlins
*Attorney for Defendant,*
TERESA HAUN

# ORDER

Pursuant to the Stipulation of the parties, and good cause appearing, the following is ordered:

1. Third Party Defendants Naresh Singh, Mrinal Singh and A.S. may delay expert disclosure until 14 days after the court issues an order granting or denying their motion for determination of good faith settlement.

**IT IS SO ORDERED.**

DATED: August 2, 2017.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO DISCLOSE EXPERTS