1 | Cornelius J. Callahan, SBN 202585
Stephanie Y. Wu, SBN 268948
2 | **McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP**
3 | 1125 I Street, Suite 1
Modesto, California 95354
4 | T: (209) 524-1100 | F: (209) 524-1188
neil.callahan@mccormickbarstow.com
5 | stephanie.wu@mccormickbarstow.com

*Attorneys for Defendants,*
LAMMERSVILLE JOINT UNIFIED SCHOOL
DISTRICT, JAMES YEAGER, DAWN IBBS,
KIRK NICHOLAS, and KHUSHWINDER GILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH,<br><br>Plaintiffs,<br><br>v.<br><br>LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER GILL, and DOES 1-30,<br><br>Defendants. | Case No. 2:15-CV-01572-KJM-EFB<br><br>**STIPULATION AND [*PROPOSED*] ORDER DISMISSING CERTAIN CLAIMS** |

Plaintiffs ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH ("Plaintiffs"), and Defendants LAMMERSVILLE JOINT UNIFIED SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, KIRK NICHOLAS, and KHUSHWINDER GILL ("Defendants"), pursuant to Fed. R. Civ. P. 41(a), hereby stipulate that:

1. Plaintiffs' sixth claim for intentional infliction of emotional distress against all Defendants should be dismissed with prejudice, with said parties to bear their own costs, attorneys' fees, and other expenses of litigation,

2. Plaintiff H.W.'s first claim under 42 U.S.C. § 1983 against Defendants Gill and Nicholas should be dismissed with prejudice, with said parties to bear their own costs, attorneys' fees, and other expenses of litigation,

3. Plaintiff H.W.'s fifth claim under the Unruh Act against Defendants Gill and Nicholas should be dismissed with prejudice, with said parties to bear their own costs, attorneys' fees, and other expenses of litigation,

4. Plaintiff H.W.'s seventh claim under Education Code § 220 against Defendants Nicholas, Gill, and Yeager, should be dismissed with prejudice, with said parties to bear their own costs, attorneys' fees, and other expenses of litigation, and

**5.** Plaintiffs' claim for punitive damages against all Defendants should be dismissed with prejudice, with said parties to bear their own costs, attorneys' fees, and other expenses of litigation.

**IT IS SO STIPULATED.**

Dated: August 9, 2017                  LAW OFFICES OF PETER ALFERT

By: */s/ Peter Alfert*
Peter Alfert
*Attorney for Plaintiffs,*
ADRIANNA WORMUTH, SCOTT WORMUTH
and H.W., a minor

Dated: August 9, 2017                  McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: */s/ Stephanie Y Wu*
Stephanie Y. Wu
*Attorney for Defendants,*
LAMMERSVILLE UNION SCHOOL DISTRICT,
JAMES YEAGER, DAWN IBBS, KIRK
NICHOLAS, and KHUSHWINDER GILL

Dated: August 4, 2017　　　　　　　　　　　　ALLARD, COWPERTHWAITE & GELINI

By: _____*/s/ Mark P Edson*_____
　　　　Mark P. Edson
　　*Attorneys for Defendants,*
　NARESH SINGH, MRINAL SINGH

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, the Court HEREBY ORDERS that:

1. Plaintiffs' sixth claim for intentional infliction of emotional distress against all Defendants is dismissed with prejudice, with said parties to bear their own costs, attorneys' fees, and other expenses of litigation,

2. Plaintiff H.W.'s first claim under 42 U.S.C. § 1983 against Defendants Gill, Nicholas, and Ibbs is dismissed with prejudice, with said parties to bear their own costs, attorneys' fees, and other expenses of litigation,

3. Plaintiff H.W.'s fifth claim under the Unruh Act against Defendants Gill, Nicholas, and Ibbs is dismissed with prejudice, with said parties to bear their own costs, attorneys' fees, and other expenses of litigation,

4. Plaintiff H.W.'s seventh claim under Education Code § 220 against Defendants Nicholas, Gill, Yeager, and Ibbs is dismissed with prejudice, with said parties to bear their own costs, attorneys' fees, and other expenses of litigation, and

**5.** Plaintiffs' claim for punitive damages against all Defendants is dismissed with prejudice, with said parties to bear their own costs, attorneys' fees, and other expenses of litigation.

**IT IS SO ORDERED.**

DATED: August 14, 2017.

_____
UNITED STATES DISTRICT JUDGE