| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Cornelius J. Callahan, SBN 202585<br>Stephanie Y. Wu, SBN 268948<br>**McCORMICK, BARSTOW, SHEPPARD,**<br>**WAYTE & CARRUTH LLP**<br>1125 I Street, Suite 1<br>Modesto, California 95354<br>T: (209) 524-1100 | F: (209) 524-1188<br>neil.callahan@mccormickbarstow.com<br>stephanie.wu@mccormickbarstow.com |
| 6<br>7 | *Attorneys for Defendants,*<br>LAMMERSVILLE JOINT UNIFIED SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, KIRK NICHOLAS, and KHUSHWINDER GILL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH,<br><br>Plaintiffs,<br><br>v.<br><br>LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER GILL, and DOES 1-30,<br><br>Defendants. | Case No. 2:15-CV-01572-KJM-EFB<br><br>**STIPULATION AND [*PROPOSED*] ORDER TO REMOVE AND REPLACE INCORRECTLY FILED DOCUMENT [DOC 102-4]** |

Plaintiffs ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH ("Plaintiffs"), and Defendants LAMMERSVILLE JOINT UNIFIED SCHOOL DISTRICT, JAMES YEAGER, KIRK NICHOLAS, and KHUSHWINDER GILL ("Defendants") hereby stipulate that:

1. Plaintiff H.W. is a minor.

2. In order to protect Plaintiff H.W.'s privacy interests, the parties have referred to him by his initials ("H.W.") during the entirety of this litigation.

3. On August 9, 2017, as Defendants' counsel was sorting through hard copies of the documents filed by Defendants on July 28, 2017 in support of their Motion for Summary Judgment, she noticed that a prior version of the Declaration of Kirk Nicholas [Doc 102-4] – which contained a reference to Plaintiff H.W.'s full name [See Doc. 102-4, at 2:9.] and omitted the referenced exhibit – had inadvertently been filed/ The correct and redacted version of the Declaration of Kirk Nicholas is attached hereto as Exhibit A.

4. As soon as Defendants' counsel realized that the incorrect version of the Declaration had been filed, said counsel immediately contacted the CM/ECF helpdesk to seek assistance, and then contacted Plaintiffs' counsel to advise them of the error and seek their agreement and authority to file the present stipulation and proposed order.

5. In the interests of maintaining Plaintiff H.W.'s privacy, the parties agree, and jointly request, that the erroneously filed Declaration of Kirk Nicholas [Doc. 102-4] should be removed from PACER and replaced with the correct redacted document attached as Exhibit A.

**IT IS SO STIPULATED.**

Dated: August 9, 2017                  LAW OFFICES OF PETER ALFERT

By: */s/ PETER ALFERT*
Peter Alfert
*Attorney for Plaintiffs,*
ADRIANNA WORMUTH, SCOTT WORMUTH
and H.W., a minor

Dated: August 9, 2017                  McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ STEPHANIE Y WU
Stephanie Y. Wu
*Attorney for Defendants,*
LAMMERSVILLE UNION SCHOOL DISTRICT,
JAMES YEAGER, DAWN IBBS, KIRK
NICHOLAS, and KHUSHWINDER GILL

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, and good cause appearing, the Court HEREBY ORDERS that:

The Declaration of Kirk Nicholas [Doc. 102-4], filed by Defendants, shall be removed from the docket and replaced with the redacted document attached as Exhibit A.

**IT IS SO ORDERED.**

DATED: August 14, 2017.

_____
UNITED STATES DISTRICT JUDGE