1  Cornelius J. Callahan, SBN 202585
   Stephanie Y. Wu, SBN 268948
2  **McCORMICK, BARSTOW, SHEPPARD,**
   **WAYTE & CARRUTH  LLP**
3  1125 I Street, Suite 1
   Modesto, California 95354
4  T: (209) 524-1100 | F: (209) 524-1188
   neil.callahan@mccormickbarstow.com
5  stephanie.wu@mccormickbarstow.com

6  *Attorneys for Defendants,*
   LAMMERSVILLE JOINT UNIFIED SCHOOL
7  DISTRICT, JAMES YEAGER, DAWN IBBS,
   KIRK NICHOLAS, and KHUSHWINDER GILL

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11  ADRIANNA WORMUTH, SCOTT              Case No. 2:15-CV-01572-KJM-EFB
12  WORMUTH and H.W., a minor, by and
    through his guardians ad litem ADRIANNA
13  WORMUTH and SCOTT WORMUTH,          **NOTICE OF REQUEST TO SEAL**
                                         **DOCUMENTS PURSUANT TO L.R. 141**
14              Plaintiffs,

15         v.

16  LAMMERSVILLE UNION SCHOOL
    DISTRICT, JAMES YEAGER, DAWN IBBS,
17  TERESA HAUN, KIRK NICHOLAS, and
    KHUSHWINDER GILL, and DOES 1-30,
18
                Defendants.
19

20                          **ORDER**

21
         Pursuant to the Stipulation of the parties, and good cause appearing, the Court HEREBY
22
    ORDERS that:
23
         Based on Defendants' Notice of Request to Seal Documents and good cause appearing
24
    therefor, said Request is hereby granted.  Exhibit A to Defendants' Supplemental Expert Witness
25
    Disclosures, previously filed as Doc. 125-1, and Exhibit B [Doc. 125-2] to Defendants'
26
    Supplemental Expert Witness Disclosures shall be sealed.  It is further ordered that the parties file
27
    on the public docket within seven (7) days a redacted version of Exhibits A and B, redacting only
28
                                          1
                         PROPOSED ORDER SEALING RECORDS

1  the limited personal identifying information that the local rules require be redacted.

2      **IT IS SO ORDERED.**

3  DATED:  August 22, 2017.

4

5  _____
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER SEALING RECORDS