PETER W. ALFERT, SBN 83139
IAN A. HANSEN, SBN 255449
LAW OFFICES OF PETER ALFERT
A Professional Corporation
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342

TODD BOLEY, SBN 68119
ZOYA YARNYKH, SBN 258062
2381 Mariner Square, Suite 280
Alameda CA94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170

RHONDA D. KRAEBER, SBN 154665
KRAEBER LAW OFFICE
1191 Central Blvd., STE C
Brentwood, CA 94513
Telephone: (925) 513-1264
Facsimile: (925) 392-0433

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH,<br><br>Plaintiffs,<br><br>v.<br><br>LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER GILL, and DOES 1-30,<br><br>Defendants. | Case No. 2:15-CV-01572-KJM-EFB<br><br>**ORDER APPOINTING SCOTT WORMUTH AND ADRIANNA WORMUTH AS GUARDIANS AD LITEM OF MINOR PLAINTIFF H.W.** |

//

//

//

//

| | |
|---|---|
| 1 | Scott Wormuth and Adrianna Wormuth, having filed an administrative motion for an Order |
| 2 | appointing them as Guardians Ad Litem for Plaintiff H.W. and good cause appearing therefore, |
| 3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Plaintiffs Scott |
| 4 | Wormuth and Adrianna Wormuth are appointed Guardians Ad Litem for the minor Plaintiff H.W. |
| 5 | in the above-entitled matter. |
| 6 | DATED: November 1, 2017. |

_____
UNITED STATES DISTRICT JUDGE