1  PETER W. ALFERT, SBN 83139
   IAN A. HANSEN, SBN 255449
2  **LAW OFFICES OF PETER ALFERT**
   A Professional Corporation
3  200 Pringle Ave., Suite 450
   Walnut Creek, California 94596
4  Telephone: (925) 279-3009
   Facsimile: (925) 279-3342
5
   TODD BOLEY, SBN 68119
6  **LAW OFFICES OF TODD BOLEY**
   2381 Mariner Square, Suite 280
7  Alameda, CA 94501
   Telephone: (510) 836-4500
8  Facsimile: (510) 649-5170

9  RHONDA D. KRAEBER, SBN 154665
   **KRAEBER LAW OFFICE**
10 1191 Central Blvd., STE C
   Brentwood, CA 94513
11 Telephone: (925) 513-1264
12 Facsimile: (925) 392-0433

13 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH,<br><br>Plaintiffs,<br><br>v.<br><br>LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER GILL, and DOES 1-30,<br><br>Defendants. | Case No. 2:15-CV-01572-KJM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND COURT'S DEADLINE TO FILE MOTION TO APPROVE MINOR'S SETTLEMENT** |

1  WHEREAS the parties filed a Joint Notice of Settlement (ECF Doc. 203); and

2  WHEREAS the Court's Minute Order (ECF Doc. 204) ordered Plaintiff to file a Motion to
3  Approve Minor H.W.'s Settlement within twenty-one (21) days of said order, by April 3, 2018;
4  and

5  WHEREAS the settlement is contingent upon approval by the Governing Board of the
6  Lammersville Unified School District ("the Board") and this matter is on the Board's meeting
7  agenda for consideration at their March 21, 2018 meeting; and

8  WHEREAS the settlement must be approved by the Joint Powers Authority ("JPA") and
9  the JPA is scheduled to meet April 6, 2018;

10  THE PARTIES HEREBY STIPULATE to extend the deadline by which Plaintiff must file
11  a Motion to Approve Minor H.W.'s Settlement as follows:

12  1. Plaintiff shall file their Motion to Approve Minor H.W.'s Settlement on or before
13  April 16, 2018.

**IT IS SO STIPULATED.**

Dated:  March 23, 2018                    McCORMICK, BARSTOW, SHEPPARD,
                                          WAYTE & CARRUTH LLP


                                          By: */s/ Cornelius Callahan*
                                              Cornelius Callahan
                                              *Attorney for Defendants,*
                                          LAMMERSVILLE UNION SCHOOL DISTRICT,
                                          JAMES YEAGER, DAWN IBBS, KIRK
                                          NICHOLAS, and KHUSHWINDER GILL


Dated:  March 22, 2018                    LAW OFFICES OF PETER ALFERT


                                          By: */s/ Ian Hansen*
                                              Ian Hansen
                                              *Attorney for Plaintiffs,*
                                          ADRIANNA WORMUTH, SCOTT WORMUTH
                                          and H.W., a minor

Dated: March 22, 2018  KRAEBER LAW OFFICE

By: */s/ Rhonda D. Kraeber*
Rhonda D. Kraeber
*Attorney for Plaintiffs,*
ADRIANNA WORMUTH, SCOTT WORMUTH
and H.W., a minor

Dated: March 23, 2018  BENNETT, SAMUELSEN, REYNOLDS,
ALLARD, COWPERTHWAITE & GELINI

By: */s/ Mark Edson*
Mark P. Edson
*Attorneys for Defendants,*
NARESH SINGH, MRINAL SINGH

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, the deadline for Plaintiff to file a Motion to Approve Minor H.W.'s Settlement shall be extended to April 16, 2018.

**IT IS SO ORDERED.**

DATED: April 3, 2018.

_____
UNITED STATES DISTRICT JUDGE