UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNA WORMUTH, SCOTT WORMUTH and H.W., a minor, by and through his guardians ad litem ADRIANNA WORMUTH and SCOTT WORMUTH,<br><br>Plaintiffs,<br><br>v.<br><br>LAMMERSVILLE UNION SCHOOL DISTRICT, JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER GILL, and DOES 1-30,<br><br>Defendants. | No. 2:15-cv-01572-KJM-EFB<br><br>ORDER |

On May 25, 2018, the court granted plaintiffs' motion to approve the proposed settlement and settlement trust. ECF No. 212. The court ordered the parties to make all required payments and to file a stipulated dismissal within 30 days. *Id.* at 6. Those 30 days lapsed on June 25, 2018, yet no stipulated dismissal has been filed. Accordingly, counsel for both parties are ORDERED to SHOW CAUSE within seven days why they should not be sanctioned $250.00 each for disregarding the court's instruction, or in the alternative why the case should not now be dismissed.

IT IS SO ORDERED.

DATED: July 3, 2018.

UNITED STATES DISTRICT JUDGE

1