1  PETER W. ALFERT, SBN 83139
   IAN A. HANSEN, SBN 255449
2  LAW OFFICES OF PETER ALFERT
   A Professional Corporation
3  200 Pringle Ave., Suite 450
   Walnut Creek, California  94596
4  Telephone: (925) 279-3009
   Facsimile:  (925) 279-3342
5
   TODD BOLEY, SBN 68119
6  LAW OFFICE OF TODD BOLEY
   2381 Mariner Square, Suite 280
7  Alameda, CA  94501
   Telephone: (510) 836-4500
8  Facsimile:  (510) 649-5170
9  RHONDA D. KRAEBER, SBN 154665
   KRAEBER LAW OFFICE
10 1191 Central Blvd., STE C
   Brentwood, CA 94513
11 Telephone: (925) 513-1264
   Facsimile:  (925) 392-0433
12
13 Attorneys for Plaintiffs

14                  UNITED STATES DISTRICT COURT

15               EASTERN DISTRICT OF CALIFORNIA

16

17 ADRIANNA WORMUTH, SCOTT            Case No. 2:15-CV-01572-KJM-EFB
   WORMUTH and H.W., a minor, by and
18 through his guardians ad litem ADRIANNA
   WORMUTH and SCOTT WORMUTH,        **STIPULATION AND ORDER OF
19                                     DISMISSAL**
        Plaintiffs,
20
        v.
21
   LAMMERSVILLE UNION SCHOOL
22 DISTRICT, JAMES YEAGER, DAWN IBBS,
   TERESA HAUN, KIRK NICHOLAS, and
23 KHUSHWINDER GILL, and DOES 1-30,

24      Defendants.

25

26

27

28

                              1
       STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

1    It is hereby stipulated between Plaintiff H.W., by and through his guardians ad litem, SCOTT

2 WORMUTH and ADRIANNA WORMUTH, and Defendants LAMMERSVILLE JOINT

3 UNIFIED SCHOOL DISTRICT (erroneously sued as Lammersville Union School District),

4 JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER

5 GILL, and Cross Defendants NARESH SINGH, MRINAL SINGH by and through their respective

6 counsel of record, that the above-referenced action should be dismissed with prejudice pursuant to

7 F.R.C.P. 41 as to all claims, cross-claims and causes of action against defendants and cross-

8 defendants. The parties further stipulate that the parties release each other for attorneys' fees,

9 expenses and costs.

10 **IT IS SO STIPULATED.**

11

12 Dated: July 10, 2018                                      LAW OFFICES OF PETER ALFERT

13

14                                                    By:_____*/s/ Ian A. Hansen*_____
                                                              Ian A. Hansen
15                                                      *Attorney for Plaintiffs,*
                                                    ADRIANNA WORMUTH, SCOTT WORMUTH
16                                                         and H.W., a minor

17

18 Dated: July 10, 2018                                McCORMICK, BARSTOW, SHEPPARD,
                                                          WAYTE & CARRUTH LLP
19
                                                     By:_____*/s/ Stephanie Wu*_____
20                                                            Stephanie Wu
                                                       *Attorney for Defendants,*
21                                                 LAMMERSVILLE UNION SCHOOL DISTRICT,
                                                    JAMES YEAGER, DAWN IBBS, KIRK
22                                                  NICHOLAS, and KHUSHWINDER GILL

23

24 Dated: July 10, 2018                                ALLARD, COWPERTHWAITE & GELINI

25                                                   By:_____*/s/ Mark P. Edson*_____
                                                            Mark P. Edson
26                                                     *Attorneys for Cross-Defendants,*
                                                    NARESH SINGH, MRINAL SINGH
27

28

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Dated: July 10, 2018                                KRAEBER LAW OFFICE

                                    By: _____*/s/ Rhonda D. Kraeber*_____
                                                Rhonda D. Kraeber
                                                *Attorney for Plaintiffs,*
                                        ADRIANNA WORMUTH, SCOTT WORMUTH
                                                and H.W., a minor


# ORDER

Pursuant to the Stipulation of the parties, all cross-claims brought against Cross Defendants NARESH SINGH, MRINAL SINGH are dismissed with prejudice and all of Plaintiff H.W.'s claims and causes of action against defendants LAMMERSVILLE JOINT UNIFIED SCHOOL DISTRICT (erroneously sued as Lammersville Union School District), JAMES YEAGER, DAWN IBBS, TERESA HAUN, KIRK NICHOLAS, and KHUSHWINDER GILL are dismissed with prejudice. In light of this stipulation, the court DISCHARGES its July 5, 2018 order to show cause (ECF No. 213).

**IT IS SO ORDERED.**

DATED:  July 31, 2018.

_____
UNITED STATES DISTRICT JUDGE